| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RITA JONES, §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:21-CV-209
§
ALLSTATE VEHICLE AND PROPERTY §
INSURANCE COMPANY, §
§
      Defendant. §

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Pending before the court is the parties' Joint Stipulation for Dismissal with prejudice. (#14). On July 15, 2022, the parties filed the joint stipulation which states that the parties have fully compromised and settled, and the stipulation is signed by all parties to the case. *Id*.

It is therefore, **ORDERED** that the parties' Joint Stipulation for Dismissal with prejudice is **GRANTED**.

Accordingly, the above case is **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of July, 2022.

                                          MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE